20 A.3d 1154

IN THE MATTER OF WAYNE POWELL, AN ATTORNEY
AT LAW (ATTORNEY NO. 030841984).

June 29, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–412, concluding that **WAYNE POWELL** of **CHERRY HILL,** who was admitted to the bar of this State in 1985, should be suspended from the practice of law for a period of three months for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client reasonably informed about the status of the matter), and *RPC* 5.3(a) and (b) (failure to supervise nonlawyer assistants), and good cause appearing;

It is ORDERED that **WAYNE POWELL** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective July 29, 2011; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.